IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERIC REED, AID #170274,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0623-CG-B |
| | ) |
| **CYNTHIA STEWART, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that Defendant Dr. Iliff is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C § 1915(e)(2)(B)(ii) because Plaintiff failed to state a claim upon which relief can be granted against said Defendant.

**DONE and ORDERED** this 20th day of May, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE