IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERIC REED, AID #170274,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0623-CG-B |
| | ) |
| **CYNTHIA STEWART, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant Dr. Iliff be and is hereby **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C § 1915(e)(2)(B)(ii) because Plaintiff failed to state a claim upon which relief can be granted against said Defendant.

**DONE and ORDERED** this 20th day of May, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE